UNITED STATES DISTRICT COURT
FOR THE FIFTH MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case No._____

Plaintiff(s)

Christina Lynne Borcher

-V-

Jury Trial: Yes

Defendant(s)

Jacksonville Sheriff's Office
JSO Officer F. L. Matthews #60844
JSO Officer Matthews #79445
JSO Officer A. Martin #83387
JSO Officer D. S. Smith #38602
JSO Officer E.J. Hite #85283
JSO Officer S. Isic #72557
JSO Officer A. Torres #76505
JSO Officer G. S. Porter #07703
JSO Officer R.B. Freitas Jr.  #65203
JSO Officer K.B. Kilcoin #68032
JSO Officer Mathis #
JSO Officer Highsmith #
JSO Officer Hyte #
JSO Officer A. A. Prescott #80882

## **Motion of Claim of Violation of Federal Civil Rights**

Christina Borcher, Plaintiff, of 1735 North Market Street, Jacksonville, FL 32206, Duval County, tinatryangel@gmail.com, comes before the court with a complaint in a civil matter against the following Defendant(s):

Defendant No. 1
Jacksonville Sheriff's Office
Organization
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 2
F. L. Matthews
Individual
JSO Officer #60844
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 3
Matthews
Individual
JSO Officer #79445
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 4
A. Martin
Individual
JSO Officer #83387
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 5
D. S. Smith
Individual
JSO Officer #38602
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 6
E.J. Hite
Individual
JSO Officer #85283
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 7
S. Isic
Individual
JSO Officer #72557
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 8
A. Torres
Individual
JSO Officer #76505
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 9
G. S. Porter
Individual
JSO Officer #07703
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 10
R.B. Freitas Jr.
Individual
JSO Officer #65203
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 11
K.B. Kilcoin
Individual
JSO Officer #68032

501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 12
Mathis
Individual
JSO Officer #
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 13
Highsmith

Individual
JSO Officer #
501 E. Bay Street East
Jacksonville, FL 32202

Defendant No. 14
A. A. Prescott
Individual
JSO Officer #80882
501 E. Bay Street East
Jacksonville, FL 32202

## JURISDICTION

**UNITED STATES ATTORNEY'S OFFICE (USAO), IN CONJUNCTION WITH THE CIVIL RIGHTS DIVISION, THE SPECIAL LITIGATION SECTION, AND THE FEDERAL COORDINATION AND COMPLIANCE SECTION OF THE DEPARTMENT OF JUSTICE HAS JURISDICTIONAL AUTHORITY TO INSTITUTE CIVIL ACTIONS** in this matter to enforce the defendants claim of violations of her civil rights expressed in Violent Crime Control and Law Enforcement Act of 1994, 28 U.S.C. § Statute 1331; Title VI, 42 U.S.C. § 1983d et seq.; Civil Rights Act of 1964, 18 U.S.C. § 242; Omnibus Crime Control, Section 809(c); The Americans with Disabilities Act (ADA); Safe Streets Act of 1968 and the US Constitution.

## CLAIM OF CIVIL VIOLATIONS

**PLAINTIFF, CHRISTINA BORCHER, CLAIMS BEFORE THE FEDERAL COURTS THAT THE DEFENDANTS VIOLATED HER EXPRESSED RIGHTS SET FORTH IN THE US CONSTITUTION, SPECIFICALLY THE FOURTH AND NINETH AMENDMENTS OF THE US CONSTITUTION.**

1. **THE FOURTH AMENDMENT** of the US Constitution, as it relates to **unlawful detainment**, was violated by the use of extreme tactical force and handcuffs. It required medical examination including a CT scan, X-rays and a psychiatric evaluation.

2. **THE FOURTH AMENDMENT** of the US Constitution, as it relates to **unlawful detainment**, by JSO knowingly engaging in the violation of her civil rights. Incident report from 08/18/2023, and incident report

from 08/19/2023 Christina Borcher, both clearly state Plaintiff "was not a threat to herself or others." (Note, there are 5 reports in total that Plaintiff is aware of as it relates to this case)

3. **THE FOURTH AMENDMENT** of the US Constitution, as it relates to **unlawful detainment**, was violated by JSO when on 08/18/2025, Officer Matthews, made claim she was under the influence of methamphetamine and therefore met the requirements for invoking the Baker Act. It expressly states illicit drug use is not a legal reason for an involuntary Baker Act. (Note, Plaintiff believes corrupt JSO officers are switching name tags and fleet vehicles to avoid prosecution when engaging in illegal activities.)

4. **THE FOURTH AMENDMENT** of the US Constitution, as it relates to **unlawful search and seizure**, was violated by JSO when on 08/18/2025, Officer Matthews, illegally searched the Plaintiff's purse. He seized and searched her belongings on the hood of the patrol car. Plaintiff specifically asked if she was being charged with a crime. The Officer responded in the negative. She said he did not have her permission to search her belongings nor the authority to detain her if she was not being charged with a crime. Officer Mattews responded, "I know."

5. JSO violated **THE PLAINTIFF'S FOURTH AMENDMENT** of the US Constitution, the **right of the people to be secure in their persons, houses, papers, and effects**, **against unreasonable searches and seizures**, on 08/19/2023 when they seized her vehicle after illegally invoking an involuntary Baker Act.

6. **Fourth Amendment of the US Constitution rights of the Plaintiff were violated when defendants present failed to engage and intervene while watching as her civil rights were violated on 08/19/2023.** Officer Matthews, officer from the previous day, aggressively confronted the Plaintiff. Without warning, opened her car door, ripped her out of the vehicle, and threw her on the ground. Another officer proceeded to stand on one of her arms, while Officer Matthews pulled back on the other, with his knee in her back. One of them kept yelling, "I'm going to break your arm," while the Plaintiff cried and screamed for relief. She continued to beg them to let her and her daughter go. There were 6-10 officers present, surrounding her. Not one officer present initiated any efforts to stop tis clear violation of civil rights and use of excessive force against the Plaintiff.

7. By involuntary invoking the Baker Act of Christina Borcher, **JSO Officers also violated her unenumerated Rights as established in the Nineth Amendment of the US Constitution of life, liberty and the pursuit of happiness, specifically her Cognitive liberties.** Cognitive liberty is defined as the freedom to control, one's own thoughts and mental processes, without coercion or interference. This includes the right to generally have autonomy over one's own mind. It's linked to medical habits and indulgence in several ways, particularly concerning the freedom to choose and alter one's own consciousness by meditation or drug use.

## DAMAGES

The Plaintiff is seeking punitive and compensatory compensation from all Defendants. Jacksonville Sherriff's Office, and the individual Defendants owed Plaintiff a duty of care, breached that duty, and caused harm which resulted physical injuries, emotional distress, pain and suffering, loss of property, and loss of future enjoyment of life. The actions resulting in the ongoing and continuous violation of her civil liberties occurred on August 18, 2023 and August 19, 2023. JSO Officers performed acts that a person of ordinary prudence in the same or similar circumstances would not have done.

## RELIEF

**THE PLAINTIFF IS SEEKING RELIEF FROM DAMAGES PHYSICAL INJURIES, EMOTIONAL DISTRESS, PAIN AND SUFFERING, LOSS OF PROPERTY, AND LOSS OF FUTURE ENJOYMENT OF LIFE. PLAINTIFF IS SEEKING THE MAXIMUM PUNITIVE AND COMPENSATORY COMPENSATION PER CIVIL RIGHT VIOLATED FROM EACH LIABLE DEFENDANT.**

The Jacksonville Sherriff's Office, and the individual Defendants owed the Plaintiff a duty of care, breached that duty, and caused harm which resulted physical injuries, emotional distress, pain and suffering, loss of property, and loss of future enjoyment of life.

Plaintiff still suffers from emotional distress, loss of property, and loss of enjoyment of life in the form of PTSD, general anxiety, and depression, loss of vehicle and contents, and loss of parental rights to her children, which she has not seen since 08/19/2023.  The ongoing emotional damages suffered by the actions of JSO, prevent her from ever experiencing the same quality of enjoyment of life.   She no longer can enjoy or even feel secure in Jacksonville, Duval County, Fl; the city in which she was born and raised. Relief of relocation to address emotional damages caused by JSO, directly increase damages to her

loss of enjoyment of life. Christina Borcher sustained such damages, from the professional and personal actions of the defendants, that her quality of life will never be the same.

**OATH**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**FOR PARTIES WITHOUT AN ATTORNEY**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/24/2025

_/s/Christina Borcher_

Christina Borcher
1735 N. Market Street
Jacksonville, FL 32206
TinaTryAngel@gmail.com

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**

This form was prepared for the:  __X__ Plaintiff _____ Defendant